JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERA PRINT, INC., | Case No. CV 22-6182 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned case is **dismissed without prejudice**. The parties shall bear their own fees and costs.

Dated this 29th day of December, 2023.

/s/
Fernando M. Olguin
United States District Judge